

## CHAMBERS OF JUDGE SUSAN OKI MOLLWAY
United States District Court
300 Ala Moana Boulevard, Room C409, Honolulu, Hawaii 96850-0409
Telephone No. (808) 541-1720   Facsimile No. (808) 541-1724

| | |
|---|---|
| DATE: | January 7, 2008 |
| TO: | Thomas Brady **FAX: 2958** <br> Ellie Asasaki/U.S. Probation Office **FAX: 1345** |
| FROM: | Joni Gross, secretary to Judge Susan Oki Mollway |
| PAGES: | ___3___ including this page |
| **RE:** | **USA v. Pawn, Johnson, et al.; Cr. 02-00030 SOM** |
| SENDING: | Letters from John Pawn and Kyong Cha Johnson dated January 4, 2008 |
| COMMENTS: | Please let Judge Mollway know your thoughts regarding the attached letters. Thank you. |

c: William Harrison  **FAX: 538-7579**    Ph.: 523-7041

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

MULTI COMMUNICATION REPORT              JAN-07-2008 04:11 PM MON

```
                                        FAX NUMBER  :  808 541 1724
                                        NAME        :  US DISTRICT COURT


                                        REF. NAME   :
                                        PAGES       :  3
```

1. SUCCESSFUL

```
            FAX NUMBER                          NAME
   ----------------------------------    -----------------------

   2958
   1345
   95387579
```

2. UNSUCCESSFUL

```
            FAX NUMBER                          NAME
   ----------------------------------    -----------------------
```

3. MULTI COMMUNICATION JOURNAL

| NO.  | NAME/NUMBER | START TIME      | TIME   | MODE   | PAGE    | RESULTS |
|------|-------------|-----------------|--------|--------|---------|---------|
| 1087 | 2958        | 01-07 04:09PM   | 00'24" | ECM BC | 003/003 | [ O.K ] |
| 1087 | 1345        | 01-07 04:10PM   | 00'22" | ECM BC | 003/003 | [ O.K ] |
| 1087 | 95387579    | 01-07 04:11PM   | 00'22" | ECM BC | 003/003 | [ O.K ] |