Prob 35
(1/92)

**ORIGINAL**

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 29 2008

at 4 o'clock and 15 min P M
SUE BEITIA, CLERK

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.                                                              Criminal No. CR 02-00030SOM-04

JOHN PAWN

On 4/11/2005, the above named was placed on probation for a period of 3 years. He has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that he be discharged from probation at this time, having served 33 months of supervision.

Respectfully submitted,

_____
ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 22nd day of January, 2008.

_____
SUSAN OKI MOLLWAY
U.S. District Judge